IN THE UNITED STATES DISTRICT COURT    FILED'07 SEP 05 16:48USDC-ORP

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 07- 348 -MO |
| v. | **INDICTMENT** |
| **ERIK MAURICIO MEZA**, | 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 924(d) |
| | 26 U.S.C. § 5861(d) |
| Defendant. | 28 U.S.C. § 2461 |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about August 4, 2007, in the District and State of Oregon, **ERIK M. MEZA**, defendant herein, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

(1)     On or about June 19, 1998, in Circuit Court of the State of Oregon for the County of Marion, case number 98C46224, for Attempted Assault in the First Degree,

did knowingly and unlawfully possess the following firearm:

A Browning, 12 gauge, auto loader, shotgun with a barrel length of less than 18 inches or an overall length of less than 26 inches, serial number 8M9769,

which had previously been transported in interstate commerce; all in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

That on or about August 4, 2007, in the District and State of Oregon, **ERIK M. MEZA**, defendant herein, did knowingly and intentionally possess a firearm, as defined in Title 26, United States Code, Section 5845(a), that is: a firearm made from a Browning, 12 gauge, auto loader,

shotgun with a barrel length of less than 18 inches or an overall length of less than 26 inches, serial number 8M9769, which had not been registered to him in the National Firearms Registration and Transfer Record as required by Title 26, United States Code, Section 5841; all in violation of Title 26, United States Code, Sections 5861(d).

## FORFEITURE ALLEGATION

As the result of committing the offenses alleged in Counts 1 and 2 of this Indictment, defendant, **ERIK M. MEZA**, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461, the firearm and ammunition involved in the commission of the offense, including but not limited to the following:

> A Browning, 12 gauge, auto loader, shotgun with a barrel length of less than 18 inches or an overall length of less than 26 inches, serial number 8M9769.

Dated this 5th day of September, 2007.

A TRUE BILL,

_____
OFFICIATING FOREPERSON

Presented by:
KARIN J. IMMERGUT
United States Attorney

_____
ETHAN D. KNIGHT, OSB #99298
Assistant United States Attorney

PAGE 2 - INDICTMENT