AO 245D    Judgment in a Criminal Case for Revocation - DISTRICT OF OREGON CUSTOMIZED (Rev. 9/2017)
Sheet 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **JUDGMENT IN A CRIMINAL CASE** |
| Plaintiff, | (For Revocation of Probation or Supervised Release) |
| v. | Case No.: 3:07-CR-00348-MO-1 |
| **ERIK MAURICIO MEZA** | USM Number: 70590-065 |
| Defendant. | Bryan Francesconi, Defendant's Attorney |
| | Ethan D. Knight, Assistant U.S. Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) General Condition, 4, 7, 11 of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| General Condition | New Law Violation (Unauthorized Use of Vehicle) | September 13, 2018 |
| Standard Condition No. 4 | Failed to successfully complete substance abuse treatment | September 13, 2018 |
| Standard Condition No. 7 | Failed to report to probation officer as directed | September 13, 2018 |
| Standard Condition No. 11 | Failed to report his change of address within 72 hours | September 13, 2018 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____, and is discharged as to such violation(s) condition.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

April 02, 2019
Date of Imposition of Sentence

*/s/ Michael W. Mosman*
Signature of Judicial Officer

Michael W. Mosman, U.S. District Judge
Name and Title of Judicial Officer

April 2, 2019
Date

AO 245D    Judgment in a Criminal Case for Revocation - DISTRICT OF OREGON CUSTOMIZED (Rev. 9/2017)
          Sheet 2 - Imprisonment

DEFENDANT: ERIK MAURICIO MEZA                                        Judgment-Page **2** of **3**
CASE NUMBER: 3:07-CR-00348-MO-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of ***FOURTEEN (14) months***. Said sentence to be served as follows: **SIX (6) months** *consecutive* AND **EIGHT (8) months** *concurrent* with the sentence imposed in Marion County Circuit Court, Docket No. 18CR61210.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the custody of the United States Marshal for this district:

    ☐ at _____ on _____.

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before _____ on _____.

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

---

The Bureau of Prisons will determine the amount of prior custody that may be credited towards the service of sentence as authorized by Title 18 USC §3585(b) and the policies of the Bureau of Prisons.

---

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                                                                UNITED STATES MARSHAL

                                                       By: _____

                                                               DEPUTY UNITED STATES MARSHAL

AO 245D   Judgment in a Criminal Case for Revocation - DISTRICT OF OREGON CUSTOMIZED (Rev. 9/2017)
Sheet 3D - Supervised Release

DEFENDANT: ERIK MAURICIO MEZA
CASE NUMBER: 3:07-CR-00348-MO-1

Judgment-Page **3** of **3**

## SUPERVISED RELEASE

No further supervised release ordered.